**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LTD., <br> 1 Yishun Avenue 7 <br> Singapore, Singapore 768923 <br><br> Plaintiff, <br><br> v. <br><br> BROADCOM L.L.C., <br> 600 Kenilworth Terrace NE, Apt. 212 <br> Washington, D.C. 20019 <br><br> Defendant. | Civil Action No. 1:22-cv-1159 |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND LCvR 26.1**

Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Plaintiff Avago Technologies International Sales Pte. Limited, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Avago Technologies International Sales Pte. Limited which have any outstanding securities in the hands of the public:  Broadcom Inc.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated:  April 26, 2022                           Respectfully submitted,

                                                   /s/ Aarti Shah
                                                  Aarti Shah (D.C. Bar No. 1020679)

KILPATRICK TOWNSEND & STOCKTON LLP
607 14th Street, NW Suite 900
Washington, DC 20005
Telephone: (202) 481-9937
ashah@kilpatricktownsend.com

Kate Bohmann *Pro Hac Vice Forthcoming*
Ian Saffer *Pro Hac Vice Forthcoming*
ADSERO IP
8210 Southpark Terrace
Littleton, CO 80120
Telephone: (303) 268-0066
kbohmann@AdseroIP.com
ian@AdseroIP.com

*Counsel for Plaintiff Avago Technologies
International Sales Pte. Ltd.*
